862 F.2d 567
 48 Empl. Prac. Dec. P 38,508,
3 Indiv.Empl.Rts.Cas. 1706
Roy PENNY, et al., Plaintiffs-Appellees,
v.
Thomas KENNEDY, Commissioner of Fire and Police of the City
of Chattanooga, Tennessee, et al., Defendants-Appellants.
 No. 86-6280.
 United States Court of Appeals,
Sixth Circuit.
 Aug. 3, 1988.
 
 Prior report: 6th Cir., 846 F.2d 1563.
 ORDER
 Before ENGEL, Chief Judge, LIVELY, KEITH, MERRITT, KENNEDY, MARTIN, JONES, KRUPANSKY, WELLFORD, MILBURN, GUY, NELSON, RYAN, BOGGS and NORRIS, Circuit Judges.
 
 
 1
 A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:
 
 
 2
 The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this Court, to stay the mandate and to restore the case on the docket as a pending appeal.
 
 
 3
 Accordingly, it is ORDERED that the previous decision and judgment of this Court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.
 
 
 4
 The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as practicable.